IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CLIFFORD LEE BAIR,** | 2:08-cv-01039-MCE-GGH (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **CLAUDE FINN, et al.,** | |
| Respondents. | |

GOOD CAUSE HAVING BEEN SHOWN, Respondent is hereby granted a 30-day extension of time, to and including September 25, 2008, to file and serve a Response to Petition for Writ of Habeas Corpus.

Dated:  08/28/08                         /s/ Gregory G. Hollows
                                         UNITED STATES MAGISTRATE JUDGE

bair1039.eot

SA2008303467
bair1039.eot.wpd