IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD LEE BAIR, | No. 2:08-cv-01039-MCE-GGH P |
| Petitioner, | |
| vs. | ORDER |
| CLAUDE FINN, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On November 24, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations.

///

///

///

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,
2 this court has conducted a de novo review of this case.  Having carefully reviewed the entire file,
3 the court finds the findings and recommendations to be supported by the record and by proper
4 analysis.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1.  The findings and recommendations filed November 24, 2008, are adopted in full; and
7  2.  This action is administratively stayed pending the Ninth Circuit's decision in Hayward
8 v. Marshall, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted*, ___ F.3d ___, No. 06-55392
9 (9th Cir. Filed May 16, 2008).

 Dated:  December 23, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE