IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFFORD LEE BAIR,

    Petitioner,               No. CIV S-08-1039 MCE GGH P

    vs.

CLAUDE FINN, et al.,

    Respondents.          ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner challenges the 2007 decision by the California Board of Parole Hearings (BPH) finding petitioner unsuitable for parole.

        By Order filed on November 24, 2008, this court recommended that this action be administratively stayed pending the Ninth Circuit's decision in <u>Hayward v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted*, ___ F.3d ___, No. 06-55392 (9th Cir. filed May 16, 2008).  On December 24, 2008, the district court adopted these findings and recommendations.

        The <u>Hayward</u> en banc decision was recently filed on April 22, 2010.  <u>Hayward v. Marshall</u>, No. 06-55392 (9th Cir. Apr. 22, 2010).

\\\\\

\\\\\

1

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. The stay is hereby lifted; and

3 | 2. The matter has been fully briefed and is hereby deemed submitted.

4 | DATED: July 9, 2010                    /s/ Gregory G. Hollows

5 | UNITED STATES MAGISTRATE JUDGE

7 | bair1039.lift